Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JAIME CONTRERAS, | Case No.: CV 17-7049 KS |
| Plaintiff, | ~~{PROPOSED}~~ **ORDER AWARDING** |
| vs. | **EQUAL ACCESS TO JUSTICE** |
| | **ACT ATTORNEY FEES** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $3,600.00 (Three Thousand Six Hundred Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: December 26, 2018

HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-